IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD BLOUNT,

        Petitioner,                    No. CIV S-08-1396 EFB P

    vs.

CHET P. TEMPLETON,

        Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). The proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). This action proceeds on the June 19, 2008, petition challenging petitioner's then ongoing state criminal trial. The court ordered petition to show cause why this action should not be dismissed and petitioner has responded. Dckt. Nos. 10, 11. For the reasons explained below, this action must be dismissed.

        Upon initial review of petitioner's application for a writ of habeas corpus, the court found several apparent grounds for dismissal. Dckt. No. 10. One such ground is that the action

1

1 appears to be moot.  The charges challenged in the petition are no longer pending.  *Id.*, at 2.
2 Furthermore, the matter does not appear to be "capable of repetition yet evading review."  *See*
3 *Wiggins v. Rushen*, 760 F.2d 1009, 1011 (9th Cir. 1985).  Rather, it is possible that petitioner
4 would later be able to have his claims heard in an application under 28 U.S.C. § 2254.
5 Additionally, *Younger* abstention appears appropriate here.  *Younger v. Harris*, 401 U.S. 37, 46
6 (1971).  The court's earlier order pointed out that petitioner may challenge his ongoing
7 prosecution only if he can demonstrate extraordinary circumstances for doing so.  Dckt. No. 10,
8 at 3-4.  Lastly, the court found that the present petition appeared to challenge the same criminal
9 proceedings as those challenged in *Blount v. Sacramento Dist. Ct.*, Case No. 2:08-cv-1395-JAM-
10 GGH (E.D. Cal. June 16, 2008).  *Id.*, at 4.  In light of these possible bases for dismissal, the court
11 directed petitioner to explain why this action should not be dismissed.  *Id*.

12    In his response to the court's order, petitioner has not advanced any argument based upon
13 which he can avoid dismissal.  Dckt. No. 11.  He does not does not address whether this action is
14 moot or whether *Younger* abstention applies.  Furthermore, he does not contest the court's
15 finding that this action is duplicative or second/successive.  Instead, he argues that documents
16 submitted with the petition in *Blount v. Sacramento Dist. Ct.*, Case No. 2:08-cv-1395-JAM-GGH
17 (E.D. Cal. June 16, 2008), demonstrate how trial counsel was ineffective.  Dckt. No. 11, at 1-2.
18 The instant petition also challenges trial counsel's effectiveness.  Dckt. No. 1, at 3.  In arguing
19 that the same evidence supports claims made in two different actions, petitioner concedes that
20 this action is duplicative or second/successive.  Accordingly, this action must be dismissed.

21    For the reasons explained above, the court finds that petitioner has not demonstrated why
22 this action should not be dismissed pursuant to the court's June 26, 2009, order.

23    Accordingly, it hereby is ORDERED that this action is dismissed.

24 Dated:  October 26, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE